1 | Mark A. Romeo, Bar No. 173007
mromeo@littler.com
2 | Michelle A. Clark, Bar No. 243777
miclark@littler.com
3 | LITTLER MENDELSON, P.C.
18565 Jamboree Road
4 | Suite 800
Irvine, California 92612
5 | Telephone: 949.705.3000
Fax No.: 949.724.1201
6 |
7 | Attorneys for Plaintiff
AXLEHIRE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AXLEHIRE, INC., a Florida corporation, | Case No. 3:22-cv-03762-KAW |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | Judge: Magistrate Judge Kandis A. Westmore |
| GIGSMART, INC., a Delaware corporation, | Dept: Oakland Courthouse, Courtroom |
| Defendant. | Trial Date: Not Set
Complaint Filed: June 24, 2022 |

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

4863-4901-8665.1 / 097392-1023

NOTICE OF VOLUNTARY DISMISSAL
3:22-CV-03762-KAW

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff AXLEHIRE, INC. voluntarily dismisses without prejudice the above-entitled action against Defendant GIGSMART, INC. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgement.

Dated:       July 12, 2022

LITTLER MENDELSON, P.C.

*/s/Mark A. Romeo*
Mark A. Romeo
Michelle A. Clark

Attorneys for Plaintiff
AXLEHIRE, INC.

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

4863-4901-8665.1 / 097392-1023

2

NOTICE OF VOLUNTARY DISMISSAL
3:22-CV-03762-KAW

# CERTIFICATE OF SERVICE

The undersigned certifies that, on July 12, 2022, the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was filed electronically. Pursuant to Fed. R. Civ. P. 5(d), Defendant GIGSMART, INC. will be served by overnight delivery on this same date as follows:

GIGSMART, INC.
c/o The Corporation Trust Company
Corporation Trust Center 1209 Orange St.
Wilmington, DE 19801

          */s/Mark A. Romeo*
          Mark A. Romeo

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

4863-4901-8665.1 / 097392-1023

3

NOTICE OF VOLUNTARY DISMISSAL
3:22-CV-03762-KAW